MICHAEL E. MOSS  63408
HENRY Y. CHIU  222927
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm Avenue, Suite 221
Fresno, California  93704-2215
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, <br><br> Plaintiffs, <br><br> v. <br><br> RT/DT, INC., a California corporation, dba THOMAS PLUMBING; AMERICAN CONTRACTORS INDEMNITY COMPANY; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.:  CV 10 2941 <br><br> **STIPULATION FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFFS AND AGAINST DEFENDANT RT/DT, INC.** |

IT IS HEREBY STIPULATED by and between plaintiffs BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND, BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND, BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. BOX 9489
FRESNO, CA  93792-9489

1
STIPULATION FOR ENTRY OF JUDGMENT

COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND, BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND (collectively "Plaintiffs"); defendant RT/DT, INC., a California corporation, dba THOMAS PLUMBING (hereafter "RT/DT"); and defendant AMERICAN CONTRACTORS INDEMNITY COMPANY (hereafter "ACIC") as follows:

1. This stipulation is entered into by and between the parties in order to settle and conclude the above entitled litigation between them relating to the payment of fringe benefit contributions by RT/DT to Plaintiffs. This stipulation applies only to the following: unpaid contributions from December 2009 through April 2010; interest and liquidated damages incurred for those months; and the costs and attorneys fees incurred to date in this action.

2. Subject to the terms herein, and the Court's approval of this stipulation: judgment shall be entered in favor of Plaintiffs against RT/DT, effective immediately, in the entire sum set forth in Exhibit 'A', which is attached hereto and incorporated here by reference; and ACIC shall be dismissed from this action, without prejudice.

3. RT/DT shall pay no less than $2,419.31 per month for ten (10) consecutive months, with the first payment due on or before September 15, 2010. Each subsequent payment shall be due on the first day of each month thereafter. The parties acknowledge that the sum of these ten payments equal the principal amount, and the attorneys' fees and costs provided in Exhibit A.

4. RT/DT shall fully comply with all of its other obligations under the Master Labor Agreement governing its obligations to Plaintiffs, including, but not limited to, submitting all future monthly contribution reports in a timely manner, and paying all fringe benefit contributions to Plaintiffs on or before the date they are due.

5. Failure to make any of the payments described in Paragraph 3 above, or to submit future monthly contribution reports or contributions in a timely manner, shall constitute a default of this Stipulation. In the event of a default, Plaintiffs shall be entitled to apply to the Court ex parte for any writs or orders necessary to judicially enforce the Total Judgment Amount provided in Exhibit A, including the liquidated damages and interest provided therein.

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2
STIPULATION FOR ENTRY OF JUDGMENT

6. Plaintiffs' dismissal of ACIC herein is conditioned upon RT/DT timely remitting each payment as described in Paragraph 3 above. Should RT/DT fail to do so, Plaintiffs may refile this action against ACIC, or any other bonding company of RT/DT, for the contributions at issue. Plaintiffs and ACIC further stipulate to the following: that Plaintiffs' claim against ACIC was filed within the applicable statute(s) of limitation; that said statute(s) is/are hereby tolled until December 31, 2011; and that ACIC will not assert any defenses related to the expiration of any limitation period provided that the action is refiled prior to said tolled date.

7. This stipulation does not constitute a limitation or waiver of Plaintiffs' other rights with respect to the defendants, including, but not limited to: (i) the right to audit the financial records of RT/DT for the months at issue, or for any other months; or (ii) the right to sue for any additional amounts determined to be owed as a result of said audits.

8. Except as otherwise provided herein, each party shall bear its own costs and attorneys' fees incurred to date in the present action. In the event the Judgment is to be enforced due to a default by RT/DT, Plaintiffs shall be entitled to recover from RT/DT their reasonable attorneys' fees and other allowable costs incurred with respect to such enforcement.

9. The parties hereby request that the Court retain jurisdiction to enforce the terms of this Stipulation for Entry of Judgment, and the Judgment attached hereto as Exhibit A.

Dated: September 10, 2010     RT/DT, INC. dba THOMAS PLUMBING

                              By: /s/ Danté Thomas, Vice Pres.

Dated: September ___, 2010    AMERICAN CONTRACTORS INDEMNITY COMPANY

                              By: _____, its _____

Dated: September 27, 2010     PIPE TRADES DISTRICT COUNCIL NO. 36 TRUST FUNDS

                              By Robert Jennings, Trustee

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 North Palm Avenue
Suite 221
P.O. Box 9489
Fresno, CA 93792-9489

6.  Plaintiffs' dismissal of ACIC herein is conditioned upon RT/DT timely remitting each payment as described in Paragraph 3 above. Should RT/DT fail to do so, Plaintiffs may refile this action against ACIC, or any other bonding company of RT/DT, for the contributions at issue. Plaintiffs and ACIC further stipulate to the following: that Plaintiffs' claim against ACIC was filed within the applicable statute(s) of limitation; that said statute(s) is/are hereby tolled until December 31, 2011; and that ACIC will not assert any defenses related to the expiration of any limitation period provided that the action is refiled prior to said tolled date.

7.  This stipulation does not constitute a limitation or waiver of Plaintiffs' other rights with respect to the defendants, including, but not limited to: (i) the right to audit the financial records of RT/DT for the months at issue, or for any other months; or (ii) the right to sue for any additional amounts determined to be owed as a result of said audits.

8.  Except as otherwise provided herein, each party shall bear its own costs and attorneys' fees incurred to date in the present action. In the event the Judgment is to be enforced due to a default by RT/DT, Plaintiffs shall be entitled to recover from RT/DT their reasonable attorneys' fees and other allowable costs incurred with respect to such enforcement.

9.  The parties hereby request that the Court retain jurisdiction to enforce the terms of this Stipulation for Entry of Judgment, and the Judgment attached hereto as Exhibit A.

Dated: September ____, 2010        RT/DT, INC. dba THOMAS PLUMBING

By: _____, its _____

Dated: September _2_, 2010         AMERICAN CONTRACTORS INDEMNITY COMPANY

By: SONJA S ABANAC, its LITIGATION ANALYST

Dated: September ____, 2010        PIPE TRADES DISTRICT COUNCIL NO. 36 TRUST FUNDS

By Robert Jennings, Trustee

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 North Palm Avenue
Suite 221
P. O. Box 9489
Fresno, CA 93792-9489

3
STIPULATION FOR ENTRY OF JUDGMENT

**ORDER**

SO ORDERED, AS STIPULATED.

Dated: September 29, 2010



Judge Maria-Elena James

6151.27-00185533.000.DOC

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

4
STIPULATION FOR ENTRY OF JUDGMENT

**EXHIBIT "A"**

MICHAEL E. MOSS  63408
HENRY Y. CHIU  222927
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm Avenue, Suite 221
Fresno, California  93704-2215
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

\* \* \*

BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,

        Plaintiffs,

v.

RT/DT, INC., a California corporation, dba THOMAS PLUMBING; AMERICAN CONTRACTORS INDEMNITY COMPANY; and DOES 1 through 50, inclusive,

        Defendants.

Case No.:  CV 10 2941

**JUDGMENT ON STIPULATION IN FAVOR OF PLAINTIFFS AND AGAINST DEFENDANT RT/DT, INC.**

On the basis of the stipulation dated September 27, 2010, between plaintiffs BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND, BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND, BOARD OF TRUSTEES OF THE PIPE

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. BOX 9489
FRESNO, CA 93792-9489

1
JUDGMENT ON STIPULATION

TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND, BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND (collectively "Plaintiffs"); defendant RT/DT, INC., a California corporation, dba THOMAS PLUMBING (hereafter "RT/DT"); and defendant AMERICAN CONTRACTORS INDEMNITY COMPANY (hereafter "ACIC"):

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiffs and against RT/DT as follows:

| | |
|---|---|
| Principal Amount | $22,693.10 |
| Liquidated Damages | $4,538.62 |
| Interest (Principal and Liquidated Damages) | $1,437.14 |
| Attorneys' Fees and Costs | $1,500.00 |
| **TOTAL JUDGMENT AMOUNT** | **$30,168.86** |

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the total judgment amount above shall accrue interest at a rate of ten percent (10%) per annum, or the maximum legal rate permitted by the laws of the State of California, whichever is less, from the date of the entry of this Judgment.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, in the event this Judgment is to be enforced, Plaintiffs shall be entitled to recover from RT/DT their reasonable attorneys' fees and other allowable costs incurred to do so. Said recovery may be made via ex parte motion or as otherwise prescribed by law.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court shall retain jurisdiction to enforce the terms of this Judgment and of the Stipulation for Entry of Judgment filed concurrently herewith.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

6151.27-00192668.000.DOC

2
**JUDGMENT ON STIPULATION**

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489